UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| ROBERT WALL, | ) CV 11-2693-SH |
| | ) ORDER OF DISMISSAL |
| Plaintiff, | ) |
| v | ) |
| GENERAL MOTORS, LLC, and DOE 1 through DOE 10 inclusive, | ) |
| Defendants. | ) |

THE COURT having been advised by counsel that the above-entitled action has been settled:

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: November 10, 2011          /s/ Stephen J. Hillman

STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

1